UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

| | |
|---|---|
| JENIE SOLIS,<br><br>Plaintiff,<br><br>-against-<br><br>ALDI INC. (NEW YORK), ALDI INC. and KIMCO BAYSHORE, LLC,<br><br>Defendant. | **Civil Action No.:**<br><br>**NOTICE OF REMOVAL**<br><br>**Supreme Court,**<br>**New York County**<br>**Index No.: 160449/2026** |

--------------------------------------X

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Defendant, KIMCO BAYSHORE, LLC ("Kimco"), by its attorneys, SIMMONS JANNACE DeLUCA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

1. On August 18, 2026, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of New York, bearing Index Number 160449/2026. A trial has not yet been had therein. A copy of the Summons and Complaint is annexed hereto as **Exhibit "A"**.

2. As of the filing of this Notice of Removal, none of the defendants have interposed an Answer to plaintiff's Complaint.

3. Defendants ALDI INC (NEW YORK) and ALDI INC. have consented to the removal of this action. A copy of ALDI's

Consent to Removal is annexed hereto as **Exhibit "B"**.

4. The action seeks monetary damages arising out of an alleged incident wherein plaintiff, JENIE SOLIS, alleged sustained personal injuries. The Complaint contains several causes of action including a violation of the Americans with Disabilities Act (ADA), as well as a violation of the New York State Human Rights Law, product liability and negligence claims.

5. Therefore, a federal question is alleged and this action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a). Moreover, it is respectfully submitted that this Honorable Court may exercise supplemental jurisdiction over all state claims pursuant to 28 U.S.C. § 1367, as they arise out of the same nucleus of operative facts as plaintiff's federal claims.

6. Written notice of the filing of this Notice of Removal will be given to Plaintiff promptly after the filing of this Notice.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of New York, promptly after the filing of this Notice.

8. Attached to this Notice, and by reference made a part

hereof, are true and correct copies of all process and pleadings filed herein.

9. By filing this Notice of Removal, Defendants do not waive any defense which may be available to them, specifically including, but not limited to, their right to contest *in personam* jurisdiction over Defendants, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE,** Defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of New York, be removed therefrom to this Court.

Dated: Hauppauge, New York
October 23, 2026

Simmons Jannace DeLuca, LLP

BY:______________________________
Irina Feferman
Attorneys for Defendant
*Kimco Bayshore, LLC*
**Office & P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

TO: Kevin T. Grennan, Esq.
LAW OFFICES OF KEVIN T. GRENNAN, PLLC
Attorney for Plaintiff
**Office & P.O. Address:**
666 Old Country Road, Suite 555
Garden City, New York 11530

(516) 745-5490

Brad Levien, Esq.
MURPHY SANCHEZ PLLC
Attorneys for Defendants
ALDI INC. (NEW YORK) and ALDI INC.
**Office & P.O. Address:**
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
(267) 367-5503